EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    |                |
|                           | 2022 TSPR 115  |
| Rosana M. González Rosa   | 210 DPR ___    |

Número del Caso:  TS-13,101


Fecha:  16 de septiembre de 2022


Abogada de la parte peticionaria:

     Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Rosana M. González Rosa                    TS-13,101

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de septiembre de 2022.

Examinadas la *Moción para reinstalación de la abogacía y la notaría,* así como la *Moción para someter nuevos anejos*, presentada por la señora Rosana M. González Rosa, se autoriza la readmisión de la licenciada González Rosa al ejercicio de la abogacía. En cuanto a la solicitud de readmisión a la práctica del notariado, se le concede a la Oficina de Inspección de Notarías (ODIN) un término de diez (10) días para que se exprese al respecto.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo